UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CAESAR DEPACO,

    Plaintiff,

v.                                  Case No. 3:22-cv-1392-BJD-MCR

COFINA MEDIA, SA, REVISTA
SABADO, ALEXANDRE JOSE
RIBEIRO MALHADO, and
EDUARDO DEMASO,

    Defendants.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Notice of Voluntary Dismissal Without Prejudice (Doc. 22; Notice) filed by Plaintiff on August 28, 2023. In the Notice, Plaintiff states that he is voluntarily dismissing the claims raised in this action. See Notice at 1. Upon review of the docket, the Court notes that Defendants have neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby **ORDERED**:

    1.    This case is **DISMISSED without prejudice.**

    2.    The Clerk of the Court is directed to close the file.

- 2 -

**DONE** and **ORDERED** in Jacksonville, Florida this 29th day of August, 2023.

_____
BRIAN J. DAVIS
United States District Judge

cs
Copies to:

Counsel of Record